**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRISTA RAILEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PENTAGON FEDERAL CREDIT UNION,<br><br>Defendant. | Case No.: 5:22-cv-02166 JGB-SPx<br><br>**STIPULATED PROTECTIVE ORDER** |

The Court having received and considered the Parties' submitted Stipulated Protective Order; and pursuant to the Parties' stipulation and for good cause shown, IT IS ORDERED that the Parties' Stipulated Protective Order is approved and shall be the Order of the Court.

DATED:   December 6, 2023

_____
HON. SHERI PYM
United States District Magistrate Judge

-1-
[PROPOSED] STIPULATED PROTECTIVE ORDER